UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-36610 |
| Earl Williams, II | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to incur the mortgage debt, with financing through LoanDepot LLC., with the following terms:
Property address: 7604 S. Bishop St., Chicago, IL 60620
Loan amount: $211,007.00
Loan rate: 5.500%
Loan term: 30 years

Enter:

J. Cox

Jacqueline B. Cox
United States Bankruptcy Judge

Dated:   MAR 26 2018

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20151029_bko